HARPER *v.* RICHARDS.

FISH, P. J. Where, in an action of trover and bail, the property sought to be recovered is described as " a certain watermelon, imperial species, dark colored, faint white striped, weight 67 pounds, of the value of fifty cents," the description is sufficient to identify the property, and the petition is not demurrable for insufficiency of the description of the property alleged to have been converted. *Farmers Alliance Warehouse Co.* v. *McElhannon,* 98 *Ga.* 394; 6 Enc. Pl. & Pr. 653, and cases cited in note 1.

*Judgment reversed. All the Justices concur.*

Submitted May 19, — Decided June 9, 1904.

Bail-trover. Before Judge Toombs. City court of Washington. October 19, 1903.

The action was dismissed on demurrer on the ground that the description of the property sued for (which is set out in the headnote) was not sufficient to identify the property.

*J. M. Pitner,* for plaintiff.